IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, and <br> WARNER-LAMBERT COMPANY LLC, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DR. REDDY'S LABORATORIES LTD., and <br> DR. REDDY'S LABORATORIES INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 09-943-LPS and <br> ) C.A. No. 10-1135-LPS <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION REGARDING CONSOLIDATION
## AND AMENDMENT TO SCHEDULING ORDER

Plaintiffs Pfizer Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, and Warner-Lambert Company LLC (collectively "Pfizer") and Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc. (collectively "DRL"), through their respective attorneys, and subject to the approval of the Court, hereby agree and stipulate that:

1. This case, C.A. No. 09-943-LPS, is consolidated for all purposes with *Pfizer Inc. et al. v. Dr. Reddy's Labs. Ltd. et al.*, C.A. No. 10-1135-LPS. All documents to be filed in 09-943-LPS.

2. The Scheduling Order and Protective Order entered in C.A. No. 09-943-LPS shall govern both cases.

3. The Scheduling Order is hereby modified as follows and shall govern the consolidated action:

| Stage of Discovery | Proposed Completion Date |
|---|---|
| Substantial completion of document production[1] | March 16, 2011 |
| Completion of supplemental production (if any) | April 1, 2011 |
| Completion of fact discovery | May 1, 2011 |
| Opening Expert Reports Exchanged | May 16, 2011 |
| Rebuttal Expert Reports Exchanged | June 30, 2011 |
| Reply Expert Reports Exchanged | July 14, 2011 |
| Completion of expert discovery | July 28, 2011 |
| Deadline for filing case dispositive motions | August 11, 2011 |
| Deadline for filing responses to case dispositive motions | September 1, 2011 |
| Deadline for filing replies to case dispositive motions | September 15, 2011 |
| Trial | December 5, 2011 |

Dated: March 2, 2011

/s/ Mary W. Bourke
Mary W. Bourke (#2356)
Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Daniel C. Mulveny (#3984)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
rhutz@cblh.com

*Attorneys for Plaintiffs*

/s/ James L. Higgins
James L. Higgins (#5021)
Young Conaway Stargatt & Taylor, LLP
1000 West Street,
17th Floor
Wilmington, DE 19801
jhiggins@ycst.com
*Attorney for Defendants*

SO ORDERED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

4221961_1.DOC

---

[1] This includes all basic documents for the 80 mg ANDA tablet, *i.e.*, the ANDA and DMF, XRPD test results that can be produced by this date, batch records, and other regulatory documents.